UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN FINGER,

            Plaintiff,

-against-

TRANSLATE BIO, INC., OWEN HUGHES, RONALD C. RENAUD, JR., JEAN-FRANÇOIS FORMELA, ROBERT J. MEYER, ROBERT M. PLENGE, DANIELLA BECKMAN, and GEORGE DEMETRI,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/16/2021__

21 Civ. 7098 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court intends to consolidate the following actions: 21 Civ. 6895; 21 Civ. 7060; 21 Civ. 7062; 21 Civ. 7239; 21 Civ. 7461.  By **September 22, 2021**, any interested attorneys shall file requests to be appointed Lead Counsel.  Opposition to any such application shall be filed by **September 29, 2021**.

      SO ORDERED.

Dated: September 16, 2021
       New York, New York

                                  ANALISA TORRES
                              United States District Judge